UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

In Re:                                           Case No. 17-23871-GLT

Benjamin S. Otto
Ann L.C. Otto                                    Chapter 13
 *aka* Ann Cacitti

Debtors.                                         Judge Gregory L. Taddonio

## NOTICE OF CREDITOR CHANGE OF ADDRESS

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number                         4-1
Last 4 Digits of Account Number:     9201

| Current Address for Notices: | NEW Address for Notices (Effective Immediately): |
|---|---|
| Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 | Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 |
| Phone:<br>Email: | Phone:<br>Email: |
| Current Address for Payments: | NEW Address for Payments (Effective Immediately): |
| Home Point Financial Corporation<br>PO Box 790309<br>St. Louis, MO 63179 | Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 |
| Phone:<br>Email: | Phone:<br>Email: |

Respectfully Submitted

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

PITTSBURGH
BANKRUPTCY COURT
CLERK
2020 JAN 10  A 4:46
RECEIVED